United States District Court
Southern District of Texas
**ENTERED**
November 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AARON SANDERS, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04454 |
| | § | |
| CHRIS HOTFELT, *et al.*, | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On September 10, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Christina A. Bryan under 28 U.S.C. § 636(b)(1). (Dkt. 20). Judge Bryan filed a *Memorandum and Recommendation* on November 5, 2026, recommending that case be dismissed without prejudice for failure to effectuate service under Rule 4. (Dkt. 24).

On November 16, 2026, Plaintiff filed his objections. (Dkt. 26). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a *de novo* determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this *de novo* review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the *Memorandum and Recommendation*, the pleadings, and the record. Plaintiff's objections (Dkt. 26) are

**OVERRULED**. The Court **ACCEPTS** Judge Bryan's *Memorandum and Recommendation* and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Bryan's *Memorandum and Recommendation* (Dkt. 24) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**; and

(2) Docket entry 23 is **TERMINATED** in accordance with the ruling set out by Judge Bryan in the Memorandum and Recommendation.

It is so **ORDERED**. This is a final judgment.

SIGNED at Houston, Texas on November 17, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE